

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

———————————————

No. 07-21-00132-CR

———————————————

DUSTIN MERLE WHALEY, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 47th District Court
Potter County, Texas
Trial Court No. 70,323-A; Honorable Dan L. Schaap, Presiding

June 16, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Pursuant to an open plea of guilty, Appellant, Dustin Merle Whaley, was convicted of evading arrest with a vehicle[1] and sentenced to six years confinement. We affirmed his conviction in *Whaley v. State*, No. 07-16-00126-CR, 2018 Tex. App. LEXIS 5612, at *7 (Tex. App.—Amarillo July 24, 2018, no pet.) (mem. op., not designated for publication).

---

[1] *See* TEX. PENAL CODE ANN. § 38.04(b)(2)(A) (West 2017).

On June 8, 2021, Appellant filed a notice with this court requesting a new appeal and the appointment appellate counsel. We dismiss the purported appeal for want of jurisdiction.

Appellant was sentenced on March 22, 2016. Because Appellant timely filed a motion for new trial, his notice of appeal was due within ninety days after sentence was imposed, i.e., by June 20, 2016. *See* TEX. R. APP. P. 26.2(a)(2). Appellant filed the instant notice of appeal on June 8, 2021. Because the timely filing of a written notice of appeal is a jurisdictional prerequisite to hearing an appeal, we have no option but to dismiss the untimely appeal for want of jurisdiction. *See Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012).

Accordingly, we deny Appellant's request for appointed counsel and dismiss this appeal.[2]

Per Curiam

Do not publish.

---

[2] In his notice of appeal, Appellant states that he previously received ineffective assistance of appellate counsel and, therefore, seeks a new appeal. Although this court has no authority to grant such a request, Appellant may be entitled to relief by filing an application for writ of habeas corpus returnable to the Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2015).